CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

12/21/2022

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SEAN RYAN GARVEY, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 6:22-cv-00010 |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

The Court having separately ordered the remand of this action for further administrative proceedings pursuant to 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to send this Order to all parties in the case.

Entered this __21st__ day of December, 2022.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE